**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In Re: 18-31052-EDK** ) | **Chapter 13 Proceeding** |
| ) | |
| **PAULINE R. SCULLY** ) | |
| Debtor ) | |
| ) | |
| **U.S. BANK TRUST NATIONAL** | |
| **ASSOCIATION, AS TRUSTEE OF** ) | |
| **DWELLING SERIES IV TRUST** | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| **PAULINE R. SCULLY.** ) | |
| and Denise M. Pappalardo, Trustee ) | |
| ) | **October 7, 2021** |

**WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**
**DOCUMENT I.D. NUMBER 61**

The Movant, U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust hereby withdraws its Motion for Relief from Automatic Stay Doc. I.D. Number 61.

By */s/ Richard T. Mulligan*
Richard T. Mulligan
BBO#567602
The Creditor's Attorney
Bendett & McHugh, P.C.
23 Messenger Street, 2nd Floor
Plainville, MA 02762
Phone (860) 677-2868
Fax (860) 409-0626
Email: BKECF@bmpc-law.com

Case 18-31052    Doc 65    Filed 10/07/21    Entered 10/07/21 07:27:24    Desc Main
          Document      Page 2 of 2

## CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of October, 2021 a copy of the foregoing was served to the following:

Pauline R. Scully
Debtor
71 West St.
*Via First Class Mail*

Denise M. Pappalardo
Trustee
*Via Electronic Notice of Filing*

Carrie Naatz
Debtor's Attorney
*Via Electronic Notice of Filing*

U.S. Trustee
*Via Electronic Notice of Filing*

By */s/ Richard T. Mulligan*
   Richard T. Mulligan, Esq.
   The Movant's Attorney
   BBO# 567602567602
   Bendett & McHugh, P.C.
   23 Messenger Street, 2nd Floor
   Plainville, MA 02762
   Phone: (860) 677-2868
   Fax: (860) 409-0626
   Email: BKECF@bmpc-law.com